UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAVEFORM TELEMEDIA, INC.,<br>　　　　　　　　　　*Plaintiff,*<br><br>- v -<br><br>PANORAMA WEATHER NORTH AMERICA, INC., SITOUR, NORTH AMERICA d/b/a SITOUR USA, and RECREATION RESORT NETWORK, INC,<br><br>　　　　　　　　　　*Defendants.* | Case No. 07 CIV 10669<br><br>Judge Karas<br><br>Rule 7.1 Statement |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WAVEFORM TELEMEDIA, INC. ( a private non-government party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

　　　　　　　　　　　　　　　NONE

Date: 11-29-07

　　　　　　　　　　　　　　Signature of Attorney
　　　　　　　　　　　　　　John Loveless (JJL 8715)