Case number: 07CIV 10669

UNITED STATES DISTRICT COURT
Southern District of New York

WAVEFORM TELEMEDIA INC.

                                                Plaintiff

V.

PANORAMA WEATHER NORTH AMERICA INC. SITOUR,
NORTH AMERICA d/b/a/ SITOUR USA,
AND RECREATION RESORT NETWORK INC.

                                                Defendants

## A F F I D A V I T   O F   S E R V I C E

I, **ROBERT ROSS**, bailiff for the Province of Quebec, having my office at 800 blvd. des Capucins, Quebec City, Province of Quebec, Canada, make oath and say:

1. That I did on the 30th day of November 2007, at 15:10 o'clock, in the afternoon, serve **PANORAMA WEATHER NORTH AMERICA INC.**, with the **SUMMONS IN A CIVIL ACTION**: by speaking to and leaving the same with Mr. Andreas Rauch, president, at 56, St-Pierre, suite 201, Quebec, Province of Quebec, Canada.

2. That of effect such service, I necessarily traveled 3 kilometers.

SWORN TO BEFORE ME, in the
city and district of Quebec,
Province of Quebec, this /0 (?)
day of December 2007.

_____
A notary public in and for
the Province of Quebec

AND I HAVE SIGNED,

_____
ROBERT ROSS
Bailiff of Justice