Case number: 07CIV 10669

UNITED STATES DISTRICT COURT
Southern District of New York


WAVEFORM TELEMEDIA INC.

                      Plaintiff

V.

PANORAMA WEATHER NORTH AMERICA INC. SITOUR,
NORTH AMERICA d/b/a/ SITOUR USA,
AND RECREATION RESORT NETWORK INC.

                      Defendants

## A F F I D A V I T   O F   S E R V I C E

  I, **ROBERT ROSS**, bailiff for the Province of Quebec, having my office at 800 blvd. des Capucins, Quebec City, Province of Quebec, Canada, make oath and say:

  1. That I did on the 30th day of November 2007, at 15:10 o'clock, in the afternoon, serve **SITOUR, NORTH AMERICA d/b/a SITOUR USA** with the **SUMMONS IN A CIVIL ACTION:** by speaking to and leaving the same with Mr. Andreas Rauch, president of the said Company a his business place, at 56, St-Pierre, suite 201, Quebec, Province of Quebec, Canada.


SWORN TO BEFORE ME, in the
city and district of Quebec,
Province of Quebec, this /0   
day of December 2007.

_____
A notary public in and for
the Province of Quebec

AND I HAVE SIGNED,


_____
ROBERT ROSS
Bailiff of Justice

| | |
|---|---|
| UNITED STATES DISTRICT COURT OF NEW YORK<br>COUNTY OF SOUTHERN DIST. | Attorney:<br>HUFF WILKES, ESQS. |

| | |
|---|---|
| WAVEFORM TELEMEDIA, INC.<br><br>- against -<br><br>PANORAMA WEATHER NORTH AMERICA, INC., ET AL<br>Plaintiff(s)<br>Defendant(s) | Index No. CASE# 07CIV10669<br><br>AFFIDAVIT OF SERVICE OF:<br><br>SUMMONS, COMPLAINT, JUDGE'S RULES, USDC/SDNY *** |

STATE OF NEW YORK: COUNTY OF WESTCHESTER  SS:

TONY DONADIO    BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 12/20/07 at 1000 Hours at 195 HURLEY AVE., KINGSTON NY 12401 deponent served the within SUMMONS, COMPLAINT, JUDGE'S RULES, USDC/SDNY *** on SITOUR, NORTH AMERICA D/B/A SITOUR USA    therein named,

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. (S) He identified (her) himself as such.

**CORPORATION B** ☒ a (domestic) (foreign) XXX corporation by delivering thereat a true copy of each to MONTE RIOS personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be MANAGING AGENT thereof

**SUITABLE AGE PERSON C** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

***INSTRUCTIONS FOR FILING ELECTRONIC CASE OR APPEAL

**MAILING USE WITH C or D** ☐ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at    and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx). | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 46 | 5'8 | 180 |

**MILITARY SERVICE** ☐ Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient (s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900-2(e)-(f) &(h) was set forth on the face of said summons (es).

Sworn to before me on the
12/21/07

ANNIE T. DILORENZO
Notary Public, State of New York
No. 01DI4697677
Qualified in Westchester County
Term Expires February 28, 2010

TONY DONADIO
LICENSE No.

Client File # JJL    # 196190