UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WAVEFORM TELEMEDIA, INC.,

                Plaintiff

    v.

PANORAMA WEATHER NORTH AMERICA, INC.,
SITOUR NORTH AMERICA d/b/a SITOUR USA,
and RECREATION RESORT NETWORK, INC.,

                Defendants
-----------------------------------------------------------------X

**RULE 7.1 STATEMENT**

**Case No.: 07 CV 10669**

Hon. Kenneth M. Karas

Pursuant to Federal Rule of Civil Procedure 7.1 [Formerly Local General Rule, 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for Sitour North America East Inc., sued herein as SITOUR NORTH AMERICA d/b/a SITOUR USA ("SITOUR") and Recreation Resort Network, Inc.("RRN"). (private non-governmental parties) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said parties which are publicly held.

**NONE**

Dated: January 7, 2008

                                          /S/ *Dana D. Blackmon, Esq.*
                                          Signature of Attorney
                                          Dana D. Blackmon (DB 3226)