UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WAVEFORM TELEMEDIA, INC.,

      PLAINTIFF,

          ANSWER TO COUNTERCLAIM

-against-

PANORAMA WEATHER NORTH AMERICA, INC,
SITOUR, NORTH AMERICA d/b/a SITOUR USA,
and RECREATION RESORT NETWORK, INC,  07 Civ 10669

      DEFENDANTS.
-------------------------------------------------------------X

  COMES NOW, Plaintiff, WAVEFORM TELEMEDIA, INC, by its undersigned attorneys, and files this within *Answer to Counterclaim* stating as follows:

  1. Plaintiff denies the allegations set forth in paragraph numbered "13" of the counterclaim.

## AFFIRMATIVE DEFENSES

  Defendants' claims may be barred in whole or in part by the following additional affirmative defenses:

  AS FOR THE FIRST AFFIRMATIVE DEFENSE:

  Defendants' counterclaim is barred for failure to state a claim upon which relief can be granted.

  AS FOR THE SECOND AFFIRMATIVE DEFENSE:

  Defendants' counterclaim is barred by claim preclusion, issue preclusion and estoppel.

1

AS FOR THE THIRD AFFIRMATIVE DEFENSE

Defendants' counterclaim is barred by acts and omissions of non-parties.

AS FOR THE FOURTH AFFIRMATIVE DEFENSE:

Defendants' counterclaim is barred by fraud and/or the concealment of facts.

AS FOR THE FIFTH AFFIRMATIVE DEFENSE:

Defendants' counterclaim is barred by laches.

AS FOR THE SIXTH AFFIRMATIVE DEFENSE:

Defendants' counterclaim is barred by unclean hands/good faith and fair dealing.

AS FOR THE SEVENTH AFFIRMATIVE DEFENSE:

Defendants counterclaim is barred by expiration of any applicable statute of limitations.

WHEREFORE, Plaintiff WaveForm Telemedia, Inc. hereby prays:

That this Court enter judgment in favor of Plaintiff and against Defendants on Defendants sole counterclaim and that this Court grant such further relief as deemed just and proper

Dated: January 18, 2008

    Respectfully Submitted:

    Huff Wilkes, LLP

By: _____
    John Loveless, Esq. (JJL8715)
    Attorneys for Plaintiff
    200 White Plains Road
    Tarrytown, New York 10591
    (914)-631-1500

2

To:  Dana Blackmon, Esq.
     Rusk, Wadlin, Heppner and Martuscello, LLP
     255 Fair Street
     P.O. Box 3356
     Kingston, New York 12402