UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Waveform Telemedia, Inc.,

            Plaintiff.

-v-

Sitour North America,

            Defendant.

07 Civ. 10669 (KMK)(LMS)

ORDER SETTING
PRE- MOTION CONFERENCE

KENNETH M. KARAS, District Judge:

      The Court hereby ORDERS that the parties appear for a pre-motion conference in this case. The conference shall be held on Friday, March 7, 2008 at 2:00 p.m. in the United States Courthouse for the Southern District of New York, Courtroom 521, 300 Quarropas Street, White Plains, New York.

      Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

SO ORDERED.

Dated:      February 6, 2008
               White Plains, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE