# HUFF WILKES LLP
## Attorneys

John J. Loveless
jloveless@huffwilkes.com

Talleyrand Office Park
200 White Plains Road
Tarrytown, New York 10591
Telephone: (914) 631-1500
Facsimile: (914) 631-1501
www.huffwilkes.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

March 10, 2008

By Facsimile (914) 390-4152

**MEMO ENDORSED**

Honorable Kenneth M. Karras
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropus Street
White Plains, New York 10601

Re:   Waveform Telemedia, Inc. v. Sitour, N.A. et al.
      07 CIV 10669

Dear Judge Karras:

Please allow this letter to serve as a request for additional time to consult with the Plaintiff's principals to consider whether the Plaintiff will discontinue the action at this time.

We ask that the time be extended one week to March 18, 2008.

Respectfully submitted,

John Loveless

cc: Dana Blackmon, Esq.

Plaintiff has until Friday to determine what course it wishes to pursue in this case.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
3/10/08