UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAVEFORM TELEMEDIA, INC.,

                  *Plaintiff,*

- v -

PANORAMA WEATHER NORTH AMERICA, INC., SITOUR, NORTH AMERICA d/b/a SITOUR USA, and RECREATION RESORT NETWORK, INC,

                  *Defendants.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Case No. 07 CIV 10669

Judge Karas

STIPULATION DISCONTINUING ACTION

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 3/20/08

Rusk, Wadlin, Heppner & Martuscello, LLP

By: DANA D. BLACKMON (DB3226)
Attorney for Defendants, SITOUR, NORTH AMERICA D/B/A SITOUR USA, and RECREATION RESORT NETWORK, INC,
255 Fair Street
P.O. Box 3356
Kingston, New York 1240

Huff Wilkes, LLP

By: John Loveless (JJL 8715)
Attorneys for Plaintiff
WAVEFORM TELEMEDIA, INC.
200 White Plains Road
Tarrytown, New York 10591
(914) 631-1500

SO ORDERED

U.S.D.J.  4/18/08

DATED